**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6587**

———————

DAMON DEMETRIUS COBB,

                              Petitioner - Appellant,

    versus

THOMAS R. CORCORAN; J. JOSEPH CURRAN, JR.,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-4809-L)

———————

Submitted: October 10, 2001        Decided: October 25, 2001

———————

Before WILKINS, LUTTIG, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Alan Finci, HOULON & BERMAN, Hyattsville, Maryland, for Appellant. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Damon Demetrius Cobb seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Cobb v. Corcoran, No. CA-98-4809-L (D. Md. Dec. 23, 1998; Apr. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2